IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RODNEY RUTLEDGE                                                                                          PETITIONER

VS.                                    CASE NO. 2:06CV00103 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., the timely objections thereto, as well as a de novo review of the record.  The Findings and Recommendations are adopted in their entirety as this Court's findings.   Judgment shall be entered accordingly.

SO ORDERED this 21st day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE